UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ALBERT H., | Case No.: 21-cv-783-DEB |
|---|---|
| Plaintiff, | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | **[DKT. NO. 2]** |

Before the Court is Plaintiff Albert H.'s Application to Proceed with his Complaint in forma pauperis. Dkt. No. 2. A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his assets, showing he is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981). An affidavit is sufficient if it shows the applicant cannot pay the fee "and still be able to provide himself and dependents with the necessities of life." *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 203 (1993) (internal quotations omitted).

Here, Plaintiff's application states he is unemployed, has limited assets, and a $519.00 average monthly income. Dkt. No. 2 at 2. Plaintiff relies on public assistance in

the form of food stamps and welfare to cover his expenses and support his two minor daughters. *Id*. at 2, 3. Plaintiff's only assets are a checking account, with a $30.87 balance, and a 2000 Jeep valued at $1,500. *Id*. at 2–3. Plaintiff's monthly expenses average $467.00 and include utilities, food, transportation, and "alimony, maintenance, and support paid to others." *Id*. at 4–5. Based on the foregoing, the Court finds Plaintiff has sufficiently shown he lacks the financial resources to pay his filing fee. Accordingly, Plaintiff's Application to Proceed with his Complaint in forma pauperis is **GRANTED**.

    **IT IS SO ORDERED**.

Dated:  April 21, 2021

                                             Honorable Daniel E. Butcher
                                             United States Magistrate Judge